GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
671-473-9100

| | |
|---|---|
| Fernando Novelo Nostratis,<br><br>            Petitioner,<br><br>    vs.<br><br>USA,<br><br>           Respondent. | Case No. 1:04-cv-00014 |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order re Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed April 10, 2006*
*Date of Entry: April 10, 2006*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** April 10, 2006                                                Clerk of Court
                                                                                      **/s/ Mary L.M. Moran**