# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Fernando Novelo Nostratis,<br><br>Petitioner,<br><br>vs.<br><br>USA,<br><br>Respondent. | Case No. 1:04-cv-00014<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order filed April 10, 2006 and the Notice of Entry of Order filed April 10, 2006, filed on the dates indicated below:

Office of the U.S. Attorney           Office of the Federal Public Defender
April 11, 2006                        April 11, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed April 10, 2006 and the Notice of Entry of Order filed April 10, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 11, 2006                    /s/ Renee M. Martinez
                                           Deputy Clerk